# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

TERRY WAYNE IMBEAU                                                                                          PLAINTIFF

V.                                            NO: 4:09CV00686 DPM/HDY

MIKE SMITH *et al.*                                                                                        DEFENDANTS

## ORDER

Plaintiff filed this complaint on August 21, 2009, making claims in connection with an alleged assault inflicted upon him by inmates at the Conway County Jail. Among the Defendants named were certain Does, whose names were unknown. Plaintiff is directed to provide, no later than 30 days after the entry of this order, the names of any Does he wishes to add to this case, along with a brief summary of his claims against them, as well as evidence that they have been served with the summons and complaint. Plaintiff's failure to do so will result in the recommended dismissal of his claims against the Does.

IT IS SO ORDERED this __14__ day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE