IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY WAYNE IMBEAU                                              PLAINTIFF

v.                       Case No. 4:09-cv-686-DPM-HDY

MIKE SMITH, JIMMY HART,
PHIL BLAYLOCK, TERRY ALVEY,
LOUIS GOTTSPONER, CODY HILL,
BILLY F. DEAVER, MICHAEL HAMMONS,
PHILLIP HOYT, GARY SAMS,
JOHN TRAFFORD, THOMAS FLOWERS,
LAWRENCE WILLIAMS, LYLE WILSON,
and DOES                                                          DEFENDANTS

ORDER

The Court has considered Magistrate Judge H. David Young's proposed findings and recommended disposition—to which Imbeau (who is represented by counsel) did not object. The Court sees no error of law or clear error of fact on the face of the record. Fed. R. Civ. P. 72(b) (advisory committee notes to 1983 addition). The Court therefore adopts Magistrate Judge Young's recommended disposition, *Document No. 10*, and dismisses all the Doe Defendants without prejudice.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

10 Sept. 2010