IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TERRY WAYNE IMBEAU                                                          PLAINTIFF

v.                          Case No. 4:09-cv-686-DPM

MIKE SMITH, JIMMY HART,
PHIL BLAYLOCK, TERRY ALVEY,
LOUIS GOTTSPONER, CODY HILL,
BILLY F. DEAVER, MICHAEL
HAMMONS, PHILIP HOYT, GARY
SAMS, JOHN TRAFFORD, THOMAS
FLOWERS, LAWRENCE WILLIAMS,
and LYLE WILSON                                                             DEFENDANTS

## JUDGMENT

The federal claims in Imbeau's complaint are dismissed with prejudice.

The state claims are dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 July 2011